Document 1

# UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

September 21, 2005

Stephen Atherton Northup, Esq.
TROUTMAN SANDERS, LLP
Bank of America Center
1111 East Main Street
P. O. Box 1122
Richmond, VA 23218

Re: 03-27 US v. Richard Tipton

Dear Counsel:

In reviewing your request for compensation for legal services, we ask that you provide additional information before we process your claim.

Copying expenses must be supported with detailed receipts (showing the date, number of copies, and cost per page).

Please file the requested additional information on or before 10/5/05.

Yours truly,

PATRICIA S. CONNOR
Clerk

/s/ Patty Layne
By: _____
Deputy Clerk