Document 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor                    www.ca4.uscourts.gov                    Telephone
      Clerk                                                                (804) 916-2700

October 17, 2005

Paul Francis Enzinna, Esq.
BAKER BOTTS
The Warner Building
1299 Pennsylvania Avenue, NW
Washington, DC 20004


      Re: 03-13 US v. James Roane

          03-25 US v. James Roane


Dear Counsel:

      In reviewing your request for compensation for legal services in the appeal proceeding, we ask that you provide additional information before we process your claim.

      Hourly rates paid in capital cases are up to $160 per hour for both in-court and out-of-court time. Due to the complex and extended nature of capital cases, the CJA does not set a ceiling on total compensation. Counsel in capital cases must append a memorandum to their voucher providing sufficient detail regarding counsel's services in the case to demonstrate that counsel's claim for compensation is reasonable.

      The cost of use by appointed counsel of computer assisted legal research equipment may be allowed as a reimbursable expense, provided that the amount claimed is reasonable. Claims for reimbursement for computer assisted legal research must be supported with a copy of the bill and receipt for the use of the legal research services or an explanation of the precise basis of the charge (e.g., indicating the extent to which it was derived by proration of monthly charges or by charges identifiable to the specific research). If the amount claimed is in excess of $500 or if it includes costs for downloading or printing, counsel should include a brief justification.

      Please file the requested additional information on or before 10/31/05.

Yours truly,

PATRICIA S. CONNOR
        Clerk


     /s/ Patty Layne
By: _____
    Deputy Clerk