Document 1

October 17, 2005

Paul Francis Enzinna, Esq.
BAKER BOTTS
The Warner Building
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Re: 03-13 US v. James Roane

03-25 US v. James Roane

Dear Counsel:

In reviewing your request for compensation for legal services in the petition for the U.S. Supreme Court writ of certiorari we ask that you provide additional information before we process your claim.

Hourly rates paid in capital cases are up to $160 per hour for both in-court and out-of-court time. Due to the complex and extended nature of capital cases, the CJA does not set a ceiling on total compensation. Counsel in capital cases must append a memorandum to their voucher providing sufficient detail regarding counsel's services in the case to demonstrate that counsel's claim for compensation is reasonable.

Please file the requested additional information on or before 10/31/05.

Yours truly,

PATRICIA S. CONNOR
Clerk

/s/ Patty Layne
By: _____
Deputy Clerk