Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
November 22, 2005

No. 03-26
CA-98-895-3
CR-92-68

UNITED STATES OF AMERICA

       Plaintiff - Appellee

  v.

CORY JOHNSON

       Defendant - Appellant

-------------------
ORDER
-------------------

Appellant has filed a motion to recall the mandate and for rehearing or rehearing en banc.

The Court denies the motion to recall the mandate and denies as untimely the petition for rehearing or rehearing en banc.

Entered at the direction of Judge King with the concurrence of Judge Wilkinson and Judge Duncan.

For the Court,

/s/ Patricia S. Connor
_____
CLERK