Document 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

August 16, 2006

Paul Francis Enzinna, Esq.
BAKER BOTTS
The Warner Building
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Edward Eric Scher, Esq.
THORSEN & SCHER, LLP
3810 Augusta Avenue
Richmond, VA 23230

Stephen Atherton Northup, Esq.
TROUTMAN & SANDERS, LLP
1001 Haxall Point
P. O. Box 1122
Richmond, VA 23218

Re: 03-13 US v. James Roane
03-25 US v. James Roane
03-26 US v. Cory Johnson
03-27 US v. Richard Tipton

Dear Counsel:

We have received a Supplemental CJA 30 voucher from co-counsel, claiming compensation and reimbursement for expenses in the death penalty clemency proceeding before this Court.

This Court processes claims from all co-counsel appointed in a death penalty clemency proceeding at the same time. Please file your Supplemental CJA 30 voucher on or before 8/30/06, in the Office of the Clerk. If you need more time to prepare your claim, please advise this Court in writing within the same time period.

Yours truly,

PATRICIA S. CONNOR
Clerk


/s/ Patty Layne
By: _____
Deputy Clerk

cc: Barbara Lynn Hartung, Esq.
Frederick Robert Gerson, Esq.