Document 1

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor                    www.ca4.uscourts.gov                    Telephone
Clerk                                                                       (804) 916-2700

September 27, 2006

Paul Francis Enzinna, Esq.
BAKER BOTTS
The Warner Building
1299 Pennsylvania Avenue, NW
Washington, DC 20004


Re: 03-13 US v. James Roane
        CA-98-360-3
        CR-92-68

    03-25 US v. James Roane
        CA-98-360-3
        CR-92-68

    03-26 US v. Cory Johnson
        CA-98-895-3
        CR-92-68

    03-27 US v. Richard Tipton
        CA-98-361-3
        CR-92-68

Dear Counsel:

    As a reminder, we requested that you file your Supplemental CJA claim. To date, you have failed to file the Supplemental CJA claim or inform the Clerk of your decision not to file a claim. You must file the Supplemental CJA claim immediately, but no later than October 11, 2006, or we will presume you have waived supplemental compensation and/or reimbursement of expenses in this appeal.

                        Yours truly,

                        PATRICIA S. CONNOR
                            Clerk


                            /s/ Patty Layne
                    By: _____
                            Deputy Clerk

cc:  Edward Eric Scher, Esq.
     Barbara Lynn Hartung, Esq.
     Frederick Robert Gerson, Esq.
     Stephen Atherton Northup, Esq.