Document 1

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

October 11, 2006

Paul Francis Enzinna, Esq.
BAKER BOTTS
The Warner Building
1299 Pennsylvania Avenue, NW
Washington, DC 20004


        Re: 03-13 US v. James Roane
            03-25 US v. James Roane
            03-26 US v. Cory Johnson
            03-27 US v. Richard Tipton


Dear Counsel:

        We are in receipt of your Supplemental CJA 30. In reviewing your
request for supplemental compensation for legal services, we ask that
you provide additional information before we process your claim.

        Due to the complex and extended nature of capital cases, the CJA
does not set a ceiling on total compensation. Counsel in capital
cases must append a memorandum to their voucher providing sufficient
detail regarding counsel's services in the case to demonstrate that
counsel's claim for compensation is reasonable.

        Please file the requested memorandum on or before 10/25/06.

                        Yours truly,

                        PATRICIA S. CONNOR
                             Clerk


                             /s/ Patty Layne
                    By: _____
                         Deputy Clerk

cc:  Edward Eric Scher, Esq.
     Barbara Lynn Hartung, Esq.
     Frederick Robert Gerson, Esq.
     Stephen Atherton Northup, Esq.