UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,      )
                                       )
      Respondent-Appellee,    )
                                       )
                                       )
      v.                     )           No. 03-26
                                       )
CORY JOHNSON,               )
                                       )
      Petitioner-Appellant.   )

**MOTION TO WITHDRAW**

         Undersigned counsel, Barbara L. Hartung and Edward E. Scher ("Counsel"), hereby move for leave to withdraw as Court-appointed counsel for petitioner-appellant, Cory Johnson.  In support of this motion, counsel state as follows:

1.   On September 24, 2003, this Court appointed Barbara L. Hartung and Edward E. Scher, to represent Mr. Johnson on the appeal of the denial of his habeas petition filed pursuant to 28 U.S.C. sec. 2255.

2.   On August 9, 2004, the judgment of this Court was entered affirming the denial of Mr. Johnson's petition for habeas relief.  A petition for rehearing was denied on October 5, 2004.

3.   On October 3, 2005, Mr. Johnson's petition for a writ of certiorari was denied by the Supreme Court of the United States (No. 04-8850).

4.   On October 24, 2005, Mr. Johnson filed in this Court a motion to recall the mandate and to grant rehearing or rehearing en banc in light of subsequent decisions of this

Court.  The Court denied the motion on November 22, 2005.

5.  Upon motion of the United States, the district court on November 17, 2005, vacated the prior stay of execution and ordered that Mr. Johnson be executed by lethal injection on a date and place designated by the Director of the Federal Bureau of Prisons.  The Director set May 10, 2006, as Mr. Johnson's execution date.

6.  On December 1, 2005, Mr. Johnson and his two death sentenced co-defendants (Tipton and Roane) filed an action pursuant to *Bivens v. Six Unknown Agents*, 403 U.S. 388 (1971), for declaratory and injunctive relief, claiming, *inter alia*, that the Bureau of Prison's protocol for carrying out executions by means of lethal injection was unconstitutional because the composition of the chemicals used constituted cruel and unusual punishment.  *Roane v. Gonzales*, Case No. 1:05-CV-2337 (RWR)(D.D.C.).  (Mr. Johnson is represented *pro bono* in that proceeding, not under this Court's appointment.)  This litigation is ongoing.

7.  On January 19, 2006, Mr. Johnson submitted a Petition for Commutation of Sentence to the Office of the Pardon Attorney at the United States Department of Justice.  On February 1, 2006, he submitted additional materials in support of that Petition (the "clemency petition").

8.  In light of the pending *Bivens* action, Mr. Johnson moved for and the District Court for the District of Columbia issued an Order enjoining his execution, until further Order of the Court on February 24, 2006.

9. On June 16, 2008, Mr. Johnson withdrew his previously filed clemency petition. He reserved the right to file a new petition should he receive notification of a scheduled execution date from the Bureau of Prisons.

10. On July 31, 2009, the Richmond District Court appointed Paul Gill, Assistant Federal Defender, to assist in the representation of Mr. Johnson "for the purpose of seeking clemency." See attached Order. The Federal Defender Office has resources that exceed those available to undersigned counsel (each a solo practitioner) in the preparation of a new clemency petition, should one be required in the future.

11. Within the last month, Mr. Gill asked undersigned counsel to deliver all files on Mr. Johnson's criminal case so he may copy them. Undersigned counsel estimate that their combined files exceed 35 file boxes. This is an enormous copying task, and, we believe, an unnecessary one.

12. If permitted to withdraw as counsel, counsel would give Mr. Gill permanent custody of their files. However, counsel cannot release their files until their appointment has been terminated. Counsel would, of course, consult with Mr. Gill and his office as needed on Mr. Johnson's case in the future.

13. Given these facts, counsel respectfully move to withdraw as counsel for Mr. Johnson.

                        Respectfully submitted,

                        /s/ Barbara L. Hartung

                        Barbara L. Hartung
                        Attorney At Law
                        P.O. Box 14663
                        Richmond, VA 23221-4663
                        (804) 353-4999 Phone/Fax
                        bhartung@vcu.org

                        /s/ Edward E. Scher

                        Edward E. Scher
                        6912 Three Chopt Road, Suite D
                        Richmond, VA 23226-3645
                        (804) 421-6000 - Phone
                        (804) 421-6101 - Fax
                        edscher@severeinjury.com

                        Appointed Counsel for Mr. Johnson

Dated: August 30, 2010

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

> Paul Gill
> Assistant Federal Public Defender
> 701 East Broad Street
> Richmond, VA 23219
> Paul_Gill@fd.org
>
> Appointed Counsel for Mr. Johnson
>
>
> Wingate Grant
> Assistant United States Attorney
> Office of the United States Attorney
> 600 E. Main Street
> Richmond, VA 23219
> wingate.grant@doj.gov
>
> Counsel for the United States

I further certify that on August 30, 2010, I caused a copy of the foregoing to be served by first class, prepaid U.S. mail on the following recipient at the address below:

> Mr. Corey Johnson
> #27832054-D
> P.O. Box 33
> Terre Haute, Indiana 47808

> /s/ Barbara L. Hartung
> _____
>
> Barbara L. Hartung