**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

UNITED STATES OF AMERICA    )
   )
v.    )
   )    Criminal Case No. 3:02CR68
CORY JOHNSON    )
   )
    Defendants.    )

FILED

JUL 3 1 2009

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## <u>ORDER</u>

THIS MATTER is before the Court on an oral motion that Paul Gill, Assistant Federal

Public Defender, be appointed to assist in the representation of Cory Johnson for the purpose of

seeking clemency. Upon due consideration, the Court GRANTS the oral motion and DIRECTS

the clerk to appoint:

Paul Gill
Assistant Federal Public Defender
701 East Broad Street
Richmond, VA 23219

    And it is so ORDERED.

 

_____
CHIEF UNITED STATES DISTRICT JUDGE

Date: _7-31-09_
Richmond, Virginia