FILED: September 10, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-26 (L)
(CR-92-68)
(CA-98-895-3)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CORY JOHNSON

Defendant - Appellant

_____

O R D E R

_____

The Court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Wilkinson, Judge King, and Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk